# EXHIBIT A

274192-v1

PRINTED WITH
**SOY INK**

To order this form, call (517) 337-1211
Target Information Management, Inc.

| Approved, SCAO | | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|

| STATE OF MICHIGAN<br>7th. JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | SUMMONS AND COMPLAINT | CASE NO.<br>17-108537- CZ |
|---|---|---|

Court address 900 S. Saginaw Flint MI 48502          Court telephone no. 810- 257-3220

| Plaintiff's name(s), address(es), and telephone no(s).<br><br>John Doe<br>PO Box 1234<br>Grand Blanc MI 48480 | v | Defendant's name(s), address(es), and telephone no(s).<br><br>Perfect Privacy LLC<br>12808 Gran Bay Parkway West<br>Jacksonville FL 32258<br><br>Cox Communications<br>6205-B Peachtree Dunwoody Rd NE<br>Atlanta GA 30328<br><br>Google<br>1600 Amphitheatre Pkwy.<br>Mountain View CA 94043 | Charlie Pdrick #<br>34522 North Scottsdale A.<br>#120-467<br>Scottsdale AZ 8266<br><br>Brent Oesterblad<br><br>Does 1-50 |
|---|---|---|---|

| Plaintiff's attorney, bar no., address, and telephone no. |
|---|

**SUMMONS**   **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued 2/6/17 | This summons expires 5/7/17 | Court clerk |
|---|---|---|

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT**   *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☒ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in_____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**
☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village)<br><br>Grand Blanc City | Defendant(s) residence (include city, township, or village)<br><br>Jacksonville FL, Atlanta GA, Mountain View CA Scottsdale AZ |
|---|---|

| Place where action arose or business conducted |
|---|

Date 1-18-17                    Signature of attorney/plaintiff

*Return*

JUDITH A. FULLERTON
P-20455

### THE 7TH. CIRCUIT COURT

## FOR THE STATE OF MICHIGAN

John Doe

        Plaintiff,

  Vs.

Perfect Privacy LLC
12808 Gran Bay Parkway West
Jacksonville FL  32258

Cox Communications
6205-B Peachtree Dunwoody Road NE
Atlanta, GA 30328

Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

Charles Rodrick II
34522 North Scottsdale Rd.
#120-467
Scottsdale AZ  85266
480-250-3838
chuckrodrick003800@gmail.com

Brent Marshall Oesterblad,

Does 1-50

        Defendants,

Jointly and Severally

CASE No. 17-108537- CZ

**COMPLAINT**



A TRUE COPY
Genesee County Clerk

RECEIVED

MAR   9 2017

1

COMPLAINT

FACTS

1)    Defendant Perfect Privacy LLC is the registrant of sorarchives.com, sexoffenderrecord.com, and offendex.com, and possibly other sites related to this case, herein referred to as "the sites."

a)    Defendants Charles Rodrick II and Brent Oesterblad operate and own these web sites through use of this registrant.

2)    Cox Communications hosts the sites .

3)    Google lists the sites in its search results.

4)    In late 2016, Plaintiff discovered that the sites advertise the likeness of Plaintiff online.

5)    The sites claim the Plaintiff is a registered sex offender.

6)    Plaintiff is not a registered sex offender.

7)    The sites list one previous address of Plaintiff.

8)    The sites list the date of birth of Plaintiff.

9)    The sites list the offense of Plaintiff as a violation of MCL 50.520D.

10)    There is no such statute as 50.520D.

11)    The sites have historically demanded payment of $500 for removal of this record.



MAR    9 2017



2

COUNTS

12)   All defendants are responsible for the defamation of the character of Plaintiff.

13)   All defendants are responsible for libel against Plaintiff.

14)   All defendants are responsible for slander of the Plaintiff.

15)   All defendants are responsible for intentional infliction of emotional distress damaging Plaintiff.

16)   All defendants are responsible for per se damages to Plaintiff.

17)   All defendants are responsible for civil extortion against Plaintiff.

18)   All defendants are responsible for committing blackmail against the Plaintiff.

19)   All defendants have profited from the likeness of Plaintiff without Plaintiff's consent.

"In Battaglieri v. Mackinac Ctr. for Pub. Policy, 261 Mich. App. 296 (2004), the Court of Appeals of Michigan explained that under Michigan's tort of appropriation, "any unauthorized use of a plaintiff's name or likeness, however inoffensive in itself, is actionable if that use results in a benefit to another.""

20)   All Defendants have put Plaintiff's life as well as the lives of his family at risk.

21)   All defendants have damages the business reputation of Plaintiff.

22)   Plaintiff has contacted all defendants in this case and made them aware of this.

23)   All Defendants have refused to address the issue.

RECEIVED

MAR   9 2017

3

RELIEF REQUESTED

24)  Plaintiff demands the page containing the likeness of him be removed from the internet. Temporary and Injunctive relief.

25)  Plaintiff demands the page containing the likeness of him be removed from the Google search results.

26)  Plaintiff demands damages in excess of $ 2,500,000.00.

27)  Plaintiff requests both punitive and compensatory damages.

28)  Plaintiff requests all costs in this matter.

29)  Plaintiff requests any other relief this court may see fit.

30)  Plaintiff requests a trial by jury.

Plaintiff _____      Date  1-18-17

RECEIVED

MAR   9 2017

SUBPOENA COMPLIANCE
Charges Computed

4



Dykema Gossett